UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY AND BLUEFIELD DIVISIONS

**ENTERED OCT 1 3 1994**

ORDER BOOK NO. 127 PAGE 534

## STANDING ORDER FOR ASSIGNMENT OF CERTAIN CIVIL ACTIONS

Except for 28 U.S.C. §2255, Rule 35, F.R. Crim. Pro., 18 U.S.C. §§3582 and 3583 petitions or motions assignable to the judicial officer who presided in petitioner's or movant's criminal case, it is hereby **ORDERED** that all civil actions instituted in the Beckley and Bluefield Divisions filed pro se by persons in custody and like pro se filings by persons not in custody shall be assigned automatically to the Honorable David A. Faber, United States District Judge, at Bluefield, West Virginia.

This Order supersedes the Court's prior Order concerning applications to proceed in forma pauperis, entered the 24th day of March, 1993.

ENTER: 10/13/94

Charles H. Haden II, Chief Judge