UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FREDERICK SHAWNEE CARTER,

    Plaintiff,

v.                              CIVIL ACTION NO. 5:96-0436

LEE JONES, Gauley Bridge
City Police Chief,

    Defendant.

O R D E R

Pending before the court is plaintiff's Motion to Continue his Deposition, which Motion was filed on June 21, 1996. The deposition is scheduled for June 26, 1996. It appears that plaintiff did not serve defense counsel with a copy of his Motion.

The Motion recites that plaintiff is "seeking counsel through Appalachian Research and Development" and has an appointment for June 25, 1996. He also alleges that there are "criminal cases still pending on these incidents." He asks the court "to grant the plaintiff adequate time to acquire counsel and discuss the afore-mentioned case."

For good cause shown, it is hereby ORDERED that the Motion is granted.

It is further ORDERED that on or before July 5, 1996, plaintiff shall inform the Clerk in writing, copy to defense counsel, whether plaintiff will prosecute this civil action himself, and if not, the date on which an attorney will enter an appearance on his behalf.

It is further **ORDERED** that plaintiff must comply with the Rules of Civil Procedure if he continues this civil action without an attorney. Rule 5 requires plaintiff to serve defense counsel with a true copy of each document which plaintiff files in court. Plaintiff should copy the "Certificate of Service" used by defense counsel and adapt it for his use.

The Clerk is directed to mail copies of this Order to counsel of record by regular mail and to plaintiff by certified mail, return receipt requested. The Clerk is also requested to fax this Order to counsel for defense, with a copy of plaintiff's Motion.

ENTER: June 25, 1996

*Mary S. Feinberg*
Mary Stanley Feinberg
United States Magistrate Judge