Case Number:_____

Document Number:_____

Document Date: _____

**This order is located in the case file in the possession of the Federal Records Centers.**

FRC Retrieval information, if available;

Box Number:_____

Accession Number:_____

Location Number: _____