JUDGMENT

FILED: September 3, 1998

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 98-6570
CA-96-436-5



ENTERED

OCT 2 6 1998

SAMUEL L. KAY, CLERK
District & Bankruptcy Courts
...n Distric    ...t Virginia

FREDERICK SHAWNEE CARTER

    Plaintiff - Appellant

v.

LEE JONES, Gauley Bridge City Police Chief; TOWN OF GAULEY BRIDGE, WEST VIRGINIA

    Defendants - Appellees

    and

FAYETTE COUNTY SHERIFF'S DEPARTMENT, Sheriff; MITCH CANTERBURY, Fayette County Sheriff's Deputy; JIM SIZEMORE, Fayette County Sheriff's Deputy; PETE LOPEZ, Fayette County Sheriff's Deputy; LAWRENCE WASHINGTON, Fayette County Sheriff's Deputy; EVERETTE STEELE, Fayette County Sheriff's Deputy; CHUCK MOSES, Fayette County Sheriff's Deputy

    Defendants

---

Appeal from the United States District Court for the
Southern District of West Virginia at Beckley

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: [signature]
Deputy Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


FILED
OCT 26 1998
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

No. 98-6570

FREDERICK SHAWNEE CARTER,

                                                  Plaintiff - Appellant,

versus

LEE JONES, Gauley Bridge City Police Chief;
TOWN OF GAULEY BRIDGE, WEST VIRGINIA,

                                                  Defendants - Appellees,

    and

FAYETTE COUNTY SHERIFF'S DEPARTMENT, Sheriff;
MITCH CANTERBURY, Fayette County Sheriff's
Deputy; JIM SIZEMORE, Fayette County Sheriff's
Deputy; PETE LOPEZ, Fayette County Sheriff's
Deputy; LAWRENCE WASHINGTON, Fayette County
Sheriff's Deputy; EVERETTE STEELE, Fayette
County Sheriff's Deputy; CHUCK MOSES, Fayette
County Sheriff's Deputy,

                                                  Defendants.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-96-436-5)

Submitted: August 13, 1998           Decided: September 3, 1998

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frederick Shawnee Carter, Appellant Pro Se. Steven Paul McGowan, Jeffrey Kent Phillips, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Carter v. Jones, No. CA-96-436-5 (S.D.W. Va. Dec. 22, 1997). Furthermore, we deny Appellant's motions for the production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2