IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

FREDERICK SHAWNEE CARTER,

    Plaintiff,

v.                             CIVIL ACTION NO. 5:96-0436

GAULEY BRIDGE POLICE, et al.,

    Defendants.

### O R D E R

Pending before the court are plaintiff Carter's motion to vacate, motion to compel, and objections to the report and recommendations, filed on June 2, 1998. Since the United States Court of Appeals for the Fourth Circuit has already affirmed the Judgment Order of this court, the plaintiff's motions are **DENIED** as moot.

The Clerk is directed to forward a certified copy of this Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 10th day of November, 1998.

ENTER:

David A. Faber
United States District Judge